FRED W. ODWELL, Respondent, v. JOHN E. THOMSON, Administrator with the Will Annexed of the Estate of EVELYN M. WALKER, Deceased, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs.

DAVID SAMUELS, Respondent, v. CHARLES SILVERTSEN and Another, Appellants. INGA SILVERTSEN, Appellant, v. DAVID SAMUELS, Respondent. CHARLES SILVERTSEN, Appellant, v. DAVID SAMUELS, Respondent.— Motion to dismiss appeals granted, by default.

PROGRESSIVE SILK MANUFACTURING COMPANY, INC., Plaintiff, v. LEO MOSSLER, Defendant.— Motion, brought on by order to show cause dated May eighteenth, and returnable May twenty-first, denied, with ten dollars costs.

JAMES A. BEHA, Superintendent of Insurance of the State of New York, as Liquidator of the NATIONAL AUTOMOBILE CASUALTY COMPANY, Appellant, v. SUPREME SHEET METAL AND ROOFING COMPANY, INC., Respondent.— Motion to dismiss appeal denied, without costs. Motion to strike appeal from the calendar for nonpayment of costs denied, without costs. Motion to correct record, by inserting therein the admission of service on the defendant's notice of appearance (which notice of appearance is filed in Albany county clerk's office with admission of service appearing thereon) granted, and the record is deemed amended accordingly. The record is also corrected by striking therefrom the word " alleged " before the words " notice of appearance " on page 22.

HELEN E. TOBIN, Respondent, v. BASILIDES KIRCHER, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

PAUL JENSEN, Respondent, v. FRANK KERSTEIN and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants, within sixty days, perfect their appeal, file and serve printed record on appeal, and are ready for argument at the September term, and pay said costs, in which event the motion is denied.

ALBERT CONWAY, Superintendent of Insurance of the State of New York, as Liquidator of the National Automobile Mutual Casualty Company, Respondent, v. MAHONEY-CLARKE, INCORPORATED, Appellant.— Application granted.

HARRY SAKOFSKY, Appellant, v. ISAAC BLAUSTEIN, Respondent.— Motion to dismiss appeal granted, by default.

In the Matter of the Application of ROBERT V. SLACK for the Removal of ROBERT J. STUART and Others, as Trustees of the Village of Speculator, N. Y.— Matter referred to John E. Sawyer of Hudson Falls, N. Y., to take proof on the issues presented and report to this court with his recommendation.

MORRIS KUPFERSCHMIDT, Appellant, v. FIRST NATIONAL BANK OF WOODBRIDGE, a Banking Corporation, Respondent.— Motion to dismiss appeal granted, unless the appellant, within thirty days, perfects his appeal, files and serves printed record on appeal, and is ready for argument at the September term, in which event the motion is denied.

MAXWELL GRIEST and Another, Respondents, v. WOODSTOCK LODGE, INC., Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless, within thirty days, the appellant perfects its appeal, files and serves printed record on appeal, and is ready for argument at the September term, and pays said costs, in which event the motion is denied.